TURNBULL v. NEW ORLEANS & C. R. CO. (Circuit Court of Appeals, Fifth Circuit. April 7, 1903.) No. 1,186. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We find nothing in the reasons presented for a rehearing to make us doubt the correctness of the decision heretofore rendered (120 Fed. 783), and the rehearing is denied.

---

TYEE CONSOL. MIN. CO. v. GUSTSON et al. SAME v. ISAACSON. SAME v. FLAHERTY et al. SAME v. JACOBSON. SAME v. NORAN. SAME v. FRANKENSON et al. SAME v. NOREEN. (Circuit Court of Appeals, Ninth Circuit. March 3, 1903.) Nos. 876–882. In Error to the District Court of the United States for the First Division of the District of Alaska. John G. Heid, R. F. Lewis, and Alfred Sutro, for plaintiff in error. Crews & Hellenthal and L. S. B. Sawyer, for defendants in error.

PER CURIAM. Upon motion of counsel for the plaintiff in error, the judgments of the District Court in the above-entitled causes are reversed, with costs, and the causes remanded to the said District Court for further proceedings in accordance with the views expressed in the opinion of this court in the case of Tyee Consolidated Min. Co. v. Ernest Langstedt (No. 875) 121 Fed. 709.

---

UNITED STATES v. J. D. ILER BREWING CO. (Circuit Court of Appeals, Eighth Circuit. February 9, 1903.) No. 1,776. Appeal from the Circuit Court of the United States for the Western District of Missouri. A. S. Van Valkenburgh and D. P. Dyer (William Warner, on the brief), for the United States. James H. Harkless (John O'Grady and Charles S. Crysler, on the brief), for appellee. Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. This case having been properly brought to this court by writ of error, the appeal from the same judgment is dismissed, without costs to either party in this court. See 121 Fed. 41.